HOWARD THOMPSON, *Appellant,* v. R. H. HANCOCK, AS SHERIFF OF HIGHLANDS COUNTY, FLORIDA, *Appellee.*

Decision Filed January 19, 1924.

Petition for Rehearing Denied February 21, 1924.

This case was decided by Division B.

An Appeal from the Circuit Court for Highlands County; George W. Whitehurst, Judge.

*J. W. Brady,* for Appellant;

No appearance for Appellee.

PER CURIAM.—The order herein denying an injunction against a judicial sale of personal property, viz, an automobile, is affirmed on authority of Garcia v. Pardo, 63 Fla. 429, 57 South. Rep. 974.

Affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.